UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC,<br><br>             Plaintiff,<br>     v.<br><br>INTERNATIONAL TEST SOLUTIONS INC., ET AL.,<br><br>             Defendants. | Case No.: 11-CV-1338-PSG<br><br>ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(Re: Docket No. 11) |

On May 5, 2011, Defendant International Test Solutions, Inc. ("ITS") filed a motion for a temporary restraining order. All parties have now consented to the jurisdiction of the undersigned. Accordingly, oral argument regarding this motion will be heard on Monday, May 9, 2011 at 10 a.m. Any opposition brief shall be filed no later than Sunday, May 8, 2011 at 3 p.m. From its review of the docket, it appears to the court that ITS has not filed any complaint (in the form of an answer and counterclaims or otherwise). The court invites argument in any opposition brief on the particular issue of whether the court may grant the requested injunctive relief under these circumstances.

**IT IS SO ORDERED.**

Dated: May 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-1338
ORDER