```
1   GREGORY P. O'HARA, CA BAR NO. 131963
    gohara@nixonpeabody.com
2   LISA A. COLE, CA BAR NO. 184267
    lcole@nixonpeabody.com
3   TALLEY M. HENRY, CA BAR NO. 203131
    thenry@nixonpeabody.com
4   NIXON PEABODY LLP
    2 Palo Alto Square
5   3000 El Camino Real; Suite 500
    Palo Alto, CA 94306
6   Telephone: (650) 320-7700
    Facsimile:  (650) 320-7701
7
    Attorneys for Plaintiff
8   DELPHON INDUSTRIES, LLC dba GEL-PAK
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC dba GEL-PAK, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TEST SOLUTIONS, INC., a Nevada corporation; INTERNATIONAL TEST SOLUTIONS, INC., a California corporation; JOYCE FREEZE, an individual; and ALAN E. HUMPHREY, an individual,<br><br>Defendants. | Case No. CV-11-01338 PSG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PRELIMINARY INJUNCTION AND SETTING REVISED BRIEFING SCHEDULE**<br><br>Judge:      Paul S. Grewal,<br>              United States Magistrate Judge |

WHEREAS in its Order dated May 10, 2011, the Court set a hearing date of May 31, 2011 for Defendant INTERNATIONAL TEST SOLUTIONS, INC.'s Motion for Preliminary Injunction; the Court's Order also stated live testimony will be permitted at the hearing and that discovery proceedings may commence immediately in the matter;

WHEREAS, the witnesses INTERNATIONAL TEST SOLUTIONS intends to present at the hearing will not be available to prepare for and participate in discovery proceedings prior to May 31,

1  2011 in light of previously scheduled travel plans;

2  WHEREAS, the parties have met and conferred regarding the continuance of the May 31
3  hearing date and briefing schedule as well as discovery proceedings that will occur prior to the
4  hearing on the preliminary injunction;

5  THEREFORE, the parties propose the following schedule subject to the availability of the
6  Court:

7  Hearing on Motion for Preliminary Injunction:   July 19 at 10:00 a.m.
8  ITS Moving Papers Due:   July 6
9  Delphon's Opposition Brief Due:   July 13

11  Dated: May 13, 2011          NIXON PEABODY LLP

13  By /s/ GREGORY P. O'HARA
    GREGORY P. O'HARA
    LISA A. COLE
14  TALLEY M. HENRY
    Attorneys for Plaintiff DELPHON INDUSTRIES,
15  LLC dba GEL-PAK

18  Dated: May 13, 2011          KERR IP GROUP, LLC

19  By /s/ MARIE MARTIN KERR
    MARIE MARTIN KERR
20  Attorneys for Defendant
    INTERNATIONAL TEST SOLUTIONS, INC.

**IT IS SO ORDERED**:

24  DATED: May 18, 2011          _____
                                  Honorable Paul S. Grewal,
25                                United States Magistrate Judge

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON                    13459888.1
PRELIMINARY INJUNCTION AND SETTING REVISED BRIEFING
SCHEDULE