1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC, ) | Case No.: C 11-1338 PSG |
| ) Plaintiff, ) | **ORDER DENYING MOTION TO EXCEED PAGE LIMITS** |
| v. ) ) | |
| INTERNATIONAL TEST SOLUTIONS, INC., ) | (Re: Docket No. 94) |
| ) Defendants. ) ) | |

On July 2, 2011, Defendant filed a motion for permission to exceed the page limit set forth in Civ. L.R. 7-2(b) for its motion for preliminary injunction. On July 1, 2011, Defendant filed its 49-page motion for preliminary injunction. Defendant argues an exception to the page limit is necessary because the motion involves complex issues of law and fact, technical issues not typical to litigation before this court, and several causes of action. The court is not persuaded that Defendant's motion requires a departure from Rule 7-2(b), especially where the request for relief was made *after* the deadline for filing. Accordingly,

IT IS HEREBY ORDERED that the motion to exceed the page limit is DENIED. Defendant shall file a revised motion that complies with Rule 7-2 no later than July 7, 2011.

IT IS FURTHER ORDERED that Plaintiff shall file any opposition to Defendant's revised

1

Case No.: 11-1338
ORDER

motion no later than 5 p.m. PDT on July 11, 2011.

Dated: July 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge