UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNATIONAL TEST SOLUTIONS, INC.<br><br>　　　　Defendant. | Case No.: C 11-1338 PSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DEPOSITION TRANSCRIPTS AND ATTACHED EXHIBITS** |

On July 6, 2011, Defendant filed an administrative motion to file the transcript of Darby Davis's deposition ("Davis transcript") and the exhibits entered during the deposition after the filing deadline set forth by this court on June 16, 2011.  Defendant also requests leave to enter into the record any other documents it discovers in Plaintiff's allegedly untimely document production.

IT IS HEREBY ORDERED that Defendant's motion to file the Davis transcript and attached exhibits is GRANTED.  Additionally, Defendant may cite to these documents in its revised motion.

IT IS FURTHER ORDERED that Defendant's request for leave to file additional documents as they are discovered is DENIED.  Defendant, however, may move for leave to file

1

Case No.: 11-1338 PSG
ORDER

1  specific documents as necessary.

2  Dated: July 7, 2011

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge