UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC, | Case No.: C 11-1338 PSG |
| Plaintiff, | **ORDER THAT DOCUMENTS BE FILED UNDER SEAL ON ECF** |
| v. | |
| INTERNATIONAL TEST SOLUTIONS, ET AL., | (Re: Docket Nos. 98, 105, 106, 103 and 111) |
| Defendants. | |

The undersigned has previously granted Defendant's motions to file under seal parts of the motion for preliminary injunction and related documents.

IT IS HEREBY ORDERED that Defendant file the unredacted version of these documents under seal on ECF.

Dated: 8/4/201,

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 11-1338 PSG
ORDER