1    KURTIS D. MACFERRIN (SBN 178006)     ELDORA L. ELLISON (*pro hac vice*)
     LIFE TECHNOLOGIES CORPORATION    MARK FOX EVENS (*pro hac vice*)

2    850 Lincoln Centre Drive       DEBORAH A. STERLING (*pro hac vice*)
     Foster City, CA 94043        BYRON L. PICKARD (*pro hac vice*)

3    Telephone:    (650) 570-6667     STERNE KESSLER GOLDSTEIN & FOX
     Facsimile:     (650) 638-6677      1100 New York Avenue N.W.

4    kurtis.macferrin@lifetech.com       Washington, D.C. 20005
                                 Telephone: (202) 371-2600

5    POLAPHAT VERAVANICH (SBN 203964)   Facsimile: (202) 371-2540
     LIFE TECHNOLOGIES CORPORATION    eellison@skgf.com

6    5791 Van Allen Way           mevens@skgf.com
     Carlsbad, CA 92008          dsterlin@skgf.com

7    Telephone:    (760) 476-6245
     Facsimile:     (760) 476-6048      GREGORY P. O'HARA (SBN 131963)

8    paul.veravanich@lifetech.com        ROBERT E. KREBS (SBN 57526)
                                 LISA A. COLE (SBN 184267)

9    MATTHEW D. MURPHEY (SBN 194111)    NIXON PEABODY LLP
     TROUTMAN SANDERS LLP       2 Palo Alto Square

10   11682 El Camino Real, Suite 400     3000 El Camino Real, Suite 500
     San Diego, CA 92130         Palo Alto, CA  94306

11   Tel:  (858) 509-6000          Telephone:  (650) 320-7750
     Fax:  (858) 224-0944          Facsimile:   (866) 294-5752

12   matt.murphey@troutmansanders.com    gohara@nixonpeabody.com
                                 rkrebs@nixonpeabody.com

13   DANIEL A. LADOW (admitted *pro hac vice*)   lcole@nixonpeabody.com
     TROUTMAN SANDERS LLP

14   405 Lexington Avenue
     New York, New York 10174

15   Tel:  (212) 704-6000
     Fax:  (212) 704-6288

16   daniel.ladow@troutmansanders.com

17   Attorneys for Plaintiff LIFE TECHNOLOGIES   Attorneys for Defendant and Cross-Action
     CORPORATION                         Plaintiff PACIFIC BIOSCIENCES OF

18                                          CALIFORNIA, INC.

19                 UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                     SAN JOSE DIVISION

22

23   LIFE TECHNOLOGIES CORPORATION,       CASE NO. 5:11-CV-01582-PSG

24        Plaintiff,                   **STIPULATION RE: IN-PERSON
SETTLEMENT DISCUSSION
DEADLINE**

25       v.

26   PACIFIC BIOSCIENCES OF CALIFORNIA,     XXXXXXXXXX )] **ORDER**
     INC.,

27        Defendant.

28

                                         1

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Life Technologies Corp. ("Life

2    Technologies") and Defendant Pacific Biosciences of California, Inc. ("PacBio") (collectively

3    "the Parties"), through their respective counsel of record, respectfully request that the Court

4    grant an extension of the September 7, 2011 deadline for the Parties to conduct the in-person

5    settlement discussion set forth in the Court's August 10, 2011 Minute and Case Management

6    Order.  PacBio identified dates on which it could be available to conduct an in-person settlement

7    discussion prior to September 7, 2011, but Life Technologies is unavailable on any of the

8    identified dates.  The Parties' corporate representatives will be able to conduct the in-person

9    settlement discussion on or before October 19, 2011, in Northern California, before the October

10   21, 2011 mediation deadline.

11       The Parties' requested time modification will not impact any other dates on the current

12   case schedule.  The Parties hereby request that the current schedule be modified as follows:

13

| Event | Current Date | Proposed Date |
|---|---|---|
| In-person settlement discussion | September 7, 2011 | October 19, 2011 |

14

15

16                                  Respectfully submitted,

17

Dated:  September 2, 2011                    By: ___/s/ Polaphat Veravanich___
18                                                Polaphat Veravanich
                                            Attorney for Life Technologies Corporation
19

20

Dated:  September 2, 2011                    By: __/s/Eldora L. Ellison_____
21                                                Eldora L. Ellison
                                            Attorney for Pacific Biosciences of California
22

23                                  **[PROPOSED] ORDER**

24       PURSUANT TO STIPULATION, IT IS SO ORDERED.

25

26   Dated: ___September 8, 2011_____   By: _____
                                            The Honorable Paul S. Grewal
27

28

2

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Polaphat Veravanich, attest that concurrence in the filing of this document has been

3

obtained from the other signatory.

4

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

5

September 2, 2011.

6

By:   ___/s/Polaphat Veravanich_____
                 Polaphat Veravanich

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28