1  GREGORY P. O'HARA, CA BAR NO. 131963
   gohara@nixonpeabody.com
2  LISA A. COLE, CA BAR NO. 184267
   lcole@nixonpeabody.com
3  TALLEY M. HENRY, CA BAR NO. 203131
   thenry@nixonpeabody.com
4  NIXON PEABODY LLP
   2 Palo Alto Square
5  3000 El Camino Real; Suite 500
   Palo Alto, CA 94306
6  Telephone: (650) 320-7700
   Facsimile: (650) 320-7701
7
   Attorneys for Plaintiff and Counter-Defendants
8  DELPHON INDUSTRIES, LLC dba GEL-PAK, JEANNE BEACHAM,
   DARBY DAVIS AND SANCHO ADAM
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DELPHON INDUSTRIES, LLC dba GEL-PAK, a Delaware limited liability company, | Case No. CV-11-01338 PSG |
|---|---|
| Plaintiff, | STIPULATION AND XXXXXXXXXXXX ORDER TO EXTEND TIME TO COMPLETE MEDIATION SESSION |
| v. | |
| INTERNATIONAL TEST SOLUTIONS, INC., a Nevada corporation; INTERNATIONAL TEST SOLUTIONS, INC., a California corporation; JOYCE FREEZE, an individual; and ALAN E. HUMPHREY, an individual, | Judge: Hon. Paul S. Grewal, United States Magistrate Judge |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

WHEREAS, pursuant to this Court's order dated June 23, 2011, the parties to this action were ordered to complete a mediation session with mediator Kenneth Wilson no later than September 21, 2011;

WHEREAS, counsel for the parties have discussed the structure of the mediation session with Mr. Wilson and have agreed to participate in an "evaluative mediation" which will likely involve more extensive briefing and a greater commitment of time by the mediator than would generally be

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
COMPLETE MEDIATION SESSION

13602643.1

required for a traditional mediation session;

WHEREAS, counsel are currently working with Mr. Wilson on the logistics of the evaluative mediation session, including a date for the mediation;

WHEREAS, Mr. Wilson has suggested and the parties agree that the current deadline to complete the mediation should be extended to allow the parties and the mediator sufficient time to prepare for, participate in and complete the evaluative mediation session;

THEREFORE, pursuant to ADR Local Rule 6-5(a) and Civil Local Rule 7-2 the parties stipulate and agree that, without prejudice to or waiver of any of their respective claims, defenses, or positions that:

1. The deadline to complete a mediation session in this matter be extended from September 21, 2011 to November 21, 2011.

Dated: September 7, 2011    NIXON PEABODY LLP

By /s/ LISA A. COLE
GREGORY P. O'HARA
LISA A. COLE
TALLEY M. HENRY
Attorneys for Plaintiff and Counter-Defendants
DELPHON INDUSTRIES, LLC dba GEL-PAK,
JEANNE BEACHAM, DARBY DAVIS AND
SANCHO ADAM

Dated: September 7, 2011    KERR IP GROUP, LLC

By /s/ MARIE MARTIN KERR
MARIE MARTIN KERR
Attorneys for Defendant
INTERNATIONAL TEST SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: September 14, 2011

_____
PAUL S. GREWAL,
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
COMPLETE MEDIATION SESSION

13602643.1

## GENERAL ORDER 45 CERTIFICATION

I, Lisa A. Cole, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 7, 2011    NIXON PEABODY LLP

By /s/ LISA A. COLE
    GREGORY P. O'HARA
    LISA A. COLE
    TALLEY M. HENRY
    Attorneys for Plaintiff and Counter-Defendants
    DELPHON INDUSTRIES, LLC dba GEL-PAK,
    JEANNE BEACHAM, DARBY DAVIS AND
    SANCHO ADAM