| | |
|---|---|
| 1 | GREGORY P. O'HARA, CA BAR NO. 131963 |
| | gohara@nixonpeabody.com |
| 2 | LISA A. COLE, CA BAR NO. 184267 |
| | lcole@nixonpeabody.com |
| 3 | TALLEY M. HENRY, CA BAR NO. 203131 |
| | thenry@nixonpeabody.com |
| 4 | NIXON PEABODY LLP |
| | 2 Palo Alto Square |
| 5 | 3000 El Camino Real; Suite 500 |
| | Palo Alto, CA 94306 |
| 6 | Telephone: (650) 320-7700 |
| | Facsimile: (650) 320-7701 |

Attorneys for Plaintiff and Counter-Defendants
DELPHON INDUSTRIES, LLC dba GEL-PAK, JEANNE BEACHAM,
DARBY DAVIS AND SANCHO ADAM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC dba GEL-PAK, a Delaware limited liability company, | Case No. CV-11-01338 PSG |
| Plaintiff, | **STIPULATION AND** xxxxxxxxxxxx **ORDER REGARDING AMENDMENT TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| INTERNATIONAL TEST SOLUTIONS, INC., a Nevada corporation; INTERNATIONAL TEST SOLUTIONS, INC., a California corporation; JOYCE FREEZE, an individual; and ALAN E. HUMPHREY, an individual, | Judge: Hon. Paul S. Grewal, United States Magistrate Judge |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

WHEREAS, Plaintiff's First Amended Complaint currently contains a claim for Unfair Competition and a request for damages pursuant to said claim;

WHEREAS, pursuant to this Court's order dated September 2, 2011, Plaintiff was granted leave to substitute the remedy referenced in its prayer for relief with respect to its claim for Unfair Competition;

1   WHEREAS, Plaintiff proposes and Defendants have agreed to replace the current request for damages in Paragraph B of the Prayer For Relief in the First Amended Complaint with a request for restitution;

   THEREFORE, the parties stipulate and agree that, without prejudice to or waiver of any of their respective claims, defenses, or positions that Paragraph B of the Prayer For Relief in the First Amended Complaint shall now read as follows:

   "B.   For compensatory damages of at least $500,000 according to proof, based on Plaintiff's First through Third Claims and for restitution according to proof based on Plaintiff's Fourth Claim;".

Dated: September 13, 2011            NIXON PEABODY LLP

                                     By /s/ LISA A. COLE
                                        GREGORY P. O'HARA
                                        LISA A. COLE
                                        TALLEY M. HENRY
                                        Attorneys for Plaintiff and Counter-Defendants
                                        DELPHON INDUSTRIES, LLC dba GEL-PAK,
                                        JEANNE BEACHAM, DARBY DAVIS AND
                                        SANCHO ADAM

Dated: September 13, 2011            KERR IP GROUP, LLC

                                     By /s/ MARIE MARTIN KERR
                                        MARIE MARTIN KERR
                                        Attorneys for Defendant
                                        INTERNATIONAL TEST SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: September 14, 2011             _____
                                     PAUL S. GREWAL,
                                     United States Magistrate Judge

-2-

STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT                    13606010.1
TO PLAINTIFF'S FIRST AMENDED COMPLAINT

## GENERAL ORDER 45 CERTIFICATION

I, Lisa A. Cole, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 13, 2011          NIXON PEABODY LLP

By /s/ LISA A. COLE
GREGORY P. O'HARA
LISA A. COLE
TALLEY M. HENRY
Attorneys for Plaintiff and Counter-Defendants
DELPHON INDUSTRIES, LLC dba GEL-PAK,
JEANNE BEACHAM, DARBY DAVIS AND
SANCHO ADAM

-3-