1 | GREGORY P. O'HARA, CA BAR NO. 131963
gohara@nixonpeabody.com
2 | LISA A. COLE, CA BAR NO. 184267
lcole@nixonpeabody.com
3 | NIXON PEABODY LLP
2 Palo Alto Square
4 | 3000 El Camino Real; Suite 500
Palo Alto, CA 94306
5 | Telephone: (650) 320-7700
Facsimile:  (650) 320-7701

Attorneys for Plaintiff and Counter-Defendants
DELPHON INDUSTRIES, LLC dba GEL-PAK, JEANNE BEACHAM,
DARBY DAVIS, SANCHO ADAM AND COMPLETE PROBE SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DELPHON INDUSTRIES, LLC dba GEL-PAK, a Delaware limited liability company, | Case No. CV-11-01338 PSG |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR CURRENTLY PENDING NON-EXPERT DISCOVERY, TO EXTEND EXPERT DESIGNATION DATES AND [PROPOSED] ORDER THEREON** |
| v. | |
| INTERNATIONAL TEST SOLUTIONS, INC., a Nevada corporation; INTERNATIONAL TEST SOLUTIONS, INC., a California corporation; JOYCE FREEZE, an individual; and ALAN E. HUMPHREY, an individual, | Judge:    Hon. Paul S. Grewal, United States Magistrate Judge |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

Plaintiff and Counter-Defendant Delphon Industries, LLC dba Gel-Pak ("Delphon") and Defendants International Test Solutions, Inc., a Nevada corporation ("ITS"), International Test Solutions, Inc., a California corporation, Joyce Adams (sued herein as "Joyce Freeze") and Alan E. Humphrey (collectively "Defendants") hereby stipulate to an order permitting the following depositions to be taken on the following dates notwithstanding the December 13, 2011 discovery cut-

STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR
CURRENTLY PENDING NON-EXPERT DISCOVERY AND
[PROPOSED] ORDER THEREON
13727516

Case No. CV-11-01338 PSG

off date specified in the Court's Case Management Order for non-expert discovery. The Parties to this stipulation hereby agree and stipulate that the dates for disclosing experts and rebuttal experts as well as the deadline for completion of expert discovery should also be shifted approximately one month from the dates specified in the Court's existing Case Management Order as specified below. Good cause exists to modify the Case Management Order to permit the depositions set forth in this stipulation to be taken at a time after the non-expert fact discovery cutoff because:

A. each of the depositions scheduled herein was noticed prior to the cutoff date for non-expert fact discovery;

B. the unavailability of witnesses precluded the depositions from going forward on dates prior to the discovery cutoff;

C. part of the relief sought in Defendant's ITS's Motion to Compel and for a Protective Order ("Motion") currently set for hearing before the Court on January 3, 2012, alleging Delphon's failure to serve a statement identifying and disclosing its trade secrets at issue in this action with reasonable particularity in compliance with California Code of Civil Procedure section 2019.210, and Delphon's alleged failure to serve a complete and non-evasive answer to ITS's Interrogatory No. 12, would, if granted, preclude Delphon from conducting discovery; and,

D. despite the Parties' effort to meet and confer to resolve the matters raised in ITS's Motion, the Parties were neither able to determine a mutually satisfactory stipulated schedule to have the matter heard on shortened time nor on the Court's December discovery hearing calendar.

E. Delphon contends it learned during a December 13, 2011 deposition, the identity of an ITS employee, Jim Duvall, who may have information relevant to this action, and Delphon was unable to notice his deposition prior to the discovery cutoff.

F. ITS intends to supplement its document production prior to the depositions of the ITS witnesses, and ITS contends Delphon needs to supplement its document production before depositions of Delphon witnesses.

-2-
STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR
CURRENTLY PENDING NON-EXPERT DISCOVERY AND [PROPOSED]
ORDER THEREON
13727516

Case No. CV-11-01338 PSG

Good cause also exists to shift the dates for designating experts, rebuttal experts and the expert discovery cutoff because information gathered in the depositions and supplemental productions anticipated and set forth in this stipulation will be relevant to expert discovery and the preparation of expert reports.

In light of the foregoing, Delphon and Defendants (collectively the "Parties") hereby stipulate and agree to an order modifying the Case Management Order in this action as follows:

1. Delphon may take the following depositions on the following dates:
   a. Joyce Adams:      January 17, 2012
   b. Gene Humphrey:    January 20, 2012
   c. Jerry Broz:       January 30, 2012
   d. ITS's FRCP 30(b)(6) witness:    January 26, 2012.

2. Defendants may take the following depositions on the following dates:
   a. Darby Davis:      January 18, 2012
   b. Delphon's FRCP 30(b)(6) witness:    January 26, 2012.

3. The Parties each reserve whatever rights they may have with respect to any deposition of Mr. Duvall;

4. The depositions stipulated to in paragraphs 1 and 2 above may be taken beyond the cutoff date for non-expert fact discovery, but shall in all other respects be subject to any further order of the Court;

5. The date to designate experts with reports shall be February 17, 2012.

6. The date to designate rebuttal experts with reports shall be March 7, 2012.

7. The expert discovery cutoff date shall be March 28, 2012.

8. Any motions to compel concerning the fact discovery outlined herein (i.e. the depositions scheduled hereby, the issue regarding Duvall and the supplemental document productions by either party) must be filed no later than February 10, 2012.

-3-
STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR
CURRENTLY PENDING NON-EXPERT DISCOVERY AND [PROPOSED]
ORDER THEREON
13727516

Case No. CV-11-01338 PSG

Dated: December 20, 2011        NIXON PEABODY LLP

By /s/ LISA A. COLE
   GREGORY P. O'HARA
   LISA A. COLE
   Attorneys for Plaintiff and Counter-Defendants
   DELPHON INDUSTRIES, LLC dba GEL-PAK,
   JEANNE BEACHAM, DARBY DAVIS, SANCHO
   ADAM AND COMPLETE PROBE SOLUTIONS, INC.

Dated: December 20, 2011        WINSTON & STRAWN, LLC

By /s/ DEAN A. MOREHOUS
   DEAN A. MOREHOUS
   Attorneys for Defendant
   INTERNATIONAL TEST SOLUTIONS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATE: 12/27/2011         _____
                                        PAUL S. GREWAL,
                                        United States Magistrate Judge

-4-

STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR
CURRENTLY PENDING NON-EXPERT DISCOVERY AND [PROPOSED]
ORDER THEREON
13727516

Case No. CV-11-01338 PSG

## GENERAL ORDER 45 CERTIFICATION

I, Lisa A. Cole, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 20, 2011           NIXON PEABODY LLP

By /s/ LISA A. COLE
   GREGORY P. O'HARA
   LISA A. COLE
   Attorneys for Plaintiff and Counter-Defendants
   DELPHON INDUSTRIES, LLC dba GEL-PAK,
   JEANNE BEACHAM, DARBY DAVIS, SANCHO
   ADAM AND COMPLETE PROBE SOLUTIONS,
   INC.

-5-

STIPULATION TO CONTINUE DISCOVERY CUT-OFF DATE FOR CURRENTLY PENDING NON-EXPERT DISCOVERY AND [PROPOSED] ORDER THEREON
13727516

Case No. CV-11-01338 PSG